IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-068 |
| | ) | |
| WARDEN A. MCFARLANE; DEPUTY | ) | |
| WARDEN T. KEITH; CERT-TEAM SGT. | ) | |
| WRIGHT; and SGT. APRIL BROWN, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 30.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Defendants Brown and Wright, as well as all official capacity claims for monetary damages against all Defendants, and **DENIES** Plaintiff's motion requesting injunctive relief. (Doc. nos. 15-1, 15-2.) The case shall proceed against Defendants McFarlane and Keith as described in the Magistrate Judge's April 3, 2025 Order. (Doc. no. 24.)

SO ORDERED this 5th day of May, 2025, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE