IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-068 |
| | ) | |
| WARDEN A. MCFARLANE and DEPUTY | ) | |
| WARDEN T. KEITH, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 41.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Plaintiff's emergency motions. (Doc. nos. 29, 32.)

SO ORDERED this ___10___ day of June, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE