IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| CHRISTOPHER JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 324-068 |
| ) | |
| WARDEN ANDREW MCFARLANE and ) | |
| DEPUTY WARDEN TONJA KEITH, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 61.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Plaintiff's motion for injunctive relief. (Doc. no. 42.)

SO ORDERED this 7th day of October, 2025, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE