IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

CHRISTOPHER JACKSON,            )
                               )
          Plaintiff,           )
                               )
     v.                        )          CV 324-068
                               )
WARDEN ANDREW MCFARLANE and    )
DEPUTY WARDEN TONJA KEITH,     )
                               )
          Defendants.          )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **GRANTS** Defendants' motion to dismiss for failure to exhaust with regard to claims related to Grievance No. 370715 but **DENIES** Defendants' motion with regard to the sexual harassment and sexual assault alleged in Grievance No. 369406. (Doc. no. 49.) The Court also **DENIES** as **MOOT** Plaintiff's motions for injunctive relief. (Doc. no. 62, 63.)

This case shall continue against Defendants as to the deliberate indifference claim related to Grievance No. 370715. The Court **DIRECTS** Defendants to file their answer within fourteen days of the date of this Order and **LIFTS** the stay of discovery entered in this case on August 5, 2025, (doc. no. 60).

SO ORDERED this ⁶ᵗʰ day of February, 2026, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE